FILED
CLERK, U.S. DISTRICT COURT

NOV 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:14-CR-00303-UA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION |
| v. ) | AFTER HEARING |
| ) | |
| RUDOLPH EMMANUEL ) | |
| ENGLETON JR., ) | (18 U.S.C. § 3142(i)) |
| ) | |
| Defendant. ) | |

## I.

A. ( )  On motion of the Government in a case allegedly involving:

    1. ( )  a crime of violence;

    2. ( )  an offense with a maximum sentence of life imprisonment or death;

    3. ( )  a narcotics or controlled substance offense with a maximum sentence of ten or more years;

    4. ( )  any felony - where the defendant has been convicted of two or more prior offenses described above;

    5. ( )  any felony that is not otherwise a crime of violence that involves a

1    minor victim, or possession or use of a firearm or destructive device

2    or any other dangerous weapon, or a failure to register under 18

3    U.S.C. § 2250.

4   B. (X)   On motion by the Government / ( ) on Court's own motion, in a case

5    allegedly involving:

6    1. (X)   a serious risk that the defendant will flee;

7    2. ( )   a serious risk that the defendant will:

8     a. ( ) obstruct or attempt to obstruct justice;

9     b. ( ) threaten, injure, or intimidate a prospective witness or juror or

10     attempt to do so.

11   C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no

12    condition or combination of conditions will reasonably assure the defendant's

13    appearance as required and the safety of any person or the community.

14

15           II.

16   A. (X)   The Court finds that no condition or combination of conditions will

17    reasonably assure:

18    1. (X)   the appearance of the defendant as required.

19     (X)   and/or

20    2. (X)   the safety of any person or the community.

21   B. ( )   The Court finds that the defendant has not rebutted by any evidence to

22    the contrary the presumption provided by statute.

23

24           III.

25   The Court has considered:

26   A. the nature and circumstances of the offense(s) charged;

27   B. the weight of evidence against the defendant;

28   C. the history and characteristics of the defendant; and

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                      

1  D. the nature and seriousness of the danger to any person or to the community.

2

3                                        IV.

4  The Court also has considered all the evidence adduced at the hearing, the

5  arguments and/or statements of counsel, and the Pretrial Services Report and

6  recommendation.

7

8                                         V.

9  The Court bases the foregoing finding(s) on the following:

10  A. (X)    The history and characteristics of the defendant indicate a serious risk

11           that he will flee, because:  defendant's criminal record reflects that he

12           has sustained prior failures to appear; he previously has violated

13           conditions of parole and probation; and no bail resources have been

14           proffered to mitigate the risk of flight.

15  B. ( X )   The defendant poses a risk to the safety of other persons or the

16           community because of:  the nature and seriousness of the allegations

17           in this case; his alleged gang ties; and the nature and extent of his

18           prior criminal history, which includes multiple prior felony and

19           misdemeanor convictions.

20

21                                        VI.

22  A. ( )    The Court finds that a serious risk exists that the defendant will:

23        1. ( ) obstruct  or  attempt to  obstruct  justice.

24        2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

25

26                                       VII.

27  A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

28  B. IT IS FURTHER ORDERED that the defendant be committed to the

1  custody of the Attorney General for confinement in a corrections facility

2  separate, to the extent practicable, from persons awaiting or serving

3  sentences or being held in custody pending appeal.

4  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

5  opportunity for private consultation with counsel.

6  D. IT IS FURTHER ORDERED that, on order of a Court of the United States

7  or on request of any attorney for the Government, the person in charge of

8  the corrections facility in which the defendant is confined deliver the

9  defendant to a United States Marshal for the purpose of an appearance in

10  connection with a court proceeding.

11

12  DATED: November 13, 2014

*Margaret A. Nagle*

MARGARET A. NAGLE

13  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**