

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUDOLPH EMMANUEL ENGLETON, JR., <br><br> Defendant. | Case No.   CR14-00303-JAK <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On December 21, 2018,  Defendant Rudolph Emmanuel Engleton, Jr. ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter.   Defendant was represented by Deputy Federal Public Defender Nadine Hettle.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Prior parole violation;
- No bail resources;
- History of failures to appear;
- Multiple identifiers on file;
- Absconding from current supervision;
- Nature of charged offense.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Extensive criminal history, including felon in possession of firearm;
- Prior parole violation;
- Commission of crime while on probation;
- Nature of charged offense.

///
///
///
///

2

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: December 26, 2018

_____/s/_____

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3